# Weil, Gotshal & Manges LLP

BY ECF

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Randi W. Singer
+1 212 310 8152
randi.singer@weil.com

April 9, 2014

The Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Nature's Variety, Inc. and M.I. Industries v. Nestlé Purina PetCare Company*, No. 13-7676 (SAS)

Dear Judge Scheindlin:

We represent Plaintiffs Nature's Variety, Inc. and M.I. Industries in the above-referenced proceeding. We are pleased to write on behalf of both parties to inform the Court that the parties have amicably resolved the above-captioned matter, and executed a settlement agreement on April 4, 2014.

Respectfully submitted,

*/s/ Randi W. Singer*

Randi W. Singer

cc: Counsel of Record (via email)